# COURT MINUTES

Page 8

## Magistrate Judge Alicia M. Otazo-Reyes

Atkins Building Courthouse - 10th Floor     Date: 4.19.16     Time: 10:00 a.m.

Defendant: Marcos Carrillo     J#: 13159-104     Case #: 16-20150-Cr-Scola
AUSA: Joshua Rothstein     Attorney: Henry Marines - Temp
Violation: Consp./Retaliate/Witness,Victim/Informant
Proceeding: Rrc, Arraign & Ptd     CJA Appt:
Bond/PTD Held: ☐ Yes ☒ No     Recommended Bond: ~~Ptd~~ 100k CSB Nebbia
Bond Set at: $100k CSB Nebbia     Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ___ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition:
Henry Marines, Esq. (Temp.)
Defense counsel remains temporary.
The U.S. changed bond request.

Time from today to 4/26 excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:
Report RE Counsel: 4/26
PTD/Bond Hearing: 4/26    10:00 a.m.    Duty    Miami
Prelim/Arraign or Removal: 4/26
Status Conference RE:
D.A.R. 10:33:13      Time in Court: 4 min